**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

4:26 cr 58 - MW

**ANTHONY JEROME WALLACE JR.**

______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about February 28, 2026, in the Northern District of Florida, the defendant,

**ANTHONY JEROME WALLACE JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved a mixture and substance containing a detectable amount of 3, 4-methylenedioxymethamphetamine, commonly known as MDMA, 4-Methyl-1-phenyl-2(pyrrolidin-1-yl)pentan-1-one, commonly known as "alpha Pyrrolidinoisohexanophenone," "α-PiHP," "α-PHP," and "Molly," and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

FILED USDC FLND TL AUG 4 '26 PM1:58 cm

## COUNT TWO

On or about February 28, 2026, in the Northern District of Florida, the defendant,

**ANTHONY JEROME WALLACE JR.,**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly carry and possess a firearm, to-wit, a Taurus 9 millimeter caliber pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about February 28, 2026, in the Northern District of Florida, the defendant,

**ANTHONY JEROME WALLACE JR.,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about September 22, 2006, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Felony Fleeing or Attempting to Elude Officer;

b. On or about November 10, 2009, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Possession of more than 20 grams;

c. On or about July 14, 2014, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Felony Battery;

d. On or about July 14, 2014, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Felony Fleeing or Attempting to Elude Officer, and Possession of a Controlled Substance;

e. On or about November 7, 2022, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Possession of a Firearm by Convicted Felon, and Sale or Possession of Controlled Substance with Intent to Sell or Deliver;

f. On or about November 7, 2022, **ANTHONY JEROME WALLACE JR.** was convicted in the State of Florida of Domestic Battery by Strangulation.

2. For each of these crimes, **ANTHONY JEROME WALLACE JR.** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **ANTHONY JEROME WALLACE JR.** did knowingly possess a firearm, to wit, a Taurus 9 millimeter caliber pistol, and ammunition, namely Winchester and Sig Sauer 9 millimeter ammunition.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One punishable by imprisonment for more than one year, the defendant,

**ANTHONY JEROME WALLACE JR.,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B. Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

**FIREARM FORFEITURE**

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**ANTHONY JEROME WALLACE JR.,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Two and Three of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess

the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

[redacted]

FOREPERSON

8-4-2026

DATE

JOHN P. HEEKIN
United States Attorney

JOSEPH A. RAVELO
Assistant United States Attorney